In the Matter of NATIONAL LLOYDS CORPORATION, Appellant; JOHN KADEL et al., Doing Business under the Firm Name of KADEL, VAN KIRK & TRENCHER, Respondents.

(Argued April 24, 1934; decided May 22, 1934.)

*Abraham J. Halprin* and *Harry Rodwin* for appellant.
*George H. Engelhard* for respondents.

Orders affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.